MAHIN DOKHT KAROON, Plaintiff, v MAJID KAROON, Defendant. COX PADMORE SKOLNIK & SHAKARCHY, LLP, Nonparty Respondent; KAYVAN KAROON et al., Nonparty Appellants.
Submitted August 2, 2010; decided October 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LANCE PAULIN, Appellant.
Submitted October 18, 2010; decided October 21, 2010

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v MANUEL RODRIGUEZ, Respondent-Appellant.
Submitted October 18, 2010; decided October 21, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent-appellant on the appeal herein.